IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11237
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NICOLAS LYKOGIORGOS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:01-CR-6-1
--------------------
February 27, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Nicolas Lykogiorgos has moved for leave to withdraw, filing a motion and brief pursuant to Anders v. California, 386 U.S. 738 (1967). Lykogiorgos has filed a pro se response. The record has not been adequately developed for this court to consider Lykogiorgos' ineffective assistance of counsel claims in this direct appeal. See United States v. Higdon, 832 F.2d 312, 314 (5th Cir. 1987).

Our independent review of the record, counsel's Anders motion and brief, and Lykogiorgos' pro se response discloses no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.